UNITED STATES *versus* ONE WHITE HORSE, ONE DARK BAY HORSE, TWO WAGONS, TWO SETS HARNESS, TWO SMALL TRUNKS CONTAINING SUNDRY ARTICLES OF GOODS AND MERCHANDISE, AND ONE BOAT WITH SAILS AND OARS, THE APPAREL, TACKLE, AND FURNITURE OF SAID BOAT.

JOURNAL ENTRIES: (1) Aug. 1, 1832: libel filed, time fixed for trial, notice ordered published; (2) Aug. 28, 1832: publication proved, proclamation made, motion for forfeiture and sale, evidence heard and reduced to writing; (3) Dec. 6, 1832: property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1832): (1) Libel; (2) subpoena; (3) published notice, proof of publication and posting; (4) testimony of Rensalaer Brady and Lot T. Janny; (5) copy of order of sale, return, receipt.
*File No. 62.*